NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 907

IN RE KGK SYNERGIZE, INC.,

Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the Northern District of Illinois in case no.1:08-CV-07403, Magistrate Judge Sidney I. Schenkier.

ON PETITION FOR WRIT OF MANDAMUS

Before PROST, Circuit Judge.

## O R D E R

KGK Synergize, Inc. submits a petition for a writ of mandamus directing the United States District Court for the Northern District of Illinois to (1) reverse its May 13, 2009 order denying KGK's motion to dismiss Counts V and VI of the complaint, (2) reverse its June 29, 2009 order denying KGK's motion for reconsideration of the May 13 order, and (3) dismiss Counts V and VI of the complaint for lack of jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

SourceOne Global Partners, LLC is directed to respond to the mandamus petition within 14 days of the date of filing of this order.

FOR THE COURT

AUG 0 4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 4 2009

JAN HORBALY
CLERK

cc:  Marvin S. Gittes, Esq.
     Keith J. Grady, Esq.
     Magistrate Judge, USDC N.D. Ill.
     Clerk, USDC N.D. Ill.

s17